■ ALBERT W. AST et al., Respondents-Appellants, v STATE OF NEW YORK, Appellant-Respondent. — Judgment unanimously affirmed, with costs to claimants, for reasons stated at Court of Claims, Lowery, J. (Appeals from judgment of Court of Claims, Lowery, J. — negligence.) Present — Dillon, P. J., Hancock, Jr., Denman, Boomer and O'Donnell, JJ.